**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF M.H., A/K/A M.G.H.., A MINOR CHILD | : No. 139 WAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: K.W., MOTHER | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.